**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7003**

———————

DEMETRIC GRAY PEARSON,

Plaintiff - Appellant,

versus

PATRICIA K. CUSHWA, Chairperson of Parole &
Probation; WILLIAM SONDERVAN, Doctor,
Commissioner of Corrections,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Richard D. Bennett, District Judge. (CA-
03-1603-RDB)

———————

Submitted: October 15, 2003      Decided: November 10, 2003

———————

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Demetric Gray Pearson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson seeks to appeal the district court's order placing his 42 U.S.C. § 1983 (2000) complaint on the inactive-unassigned docket. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Pearson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Pearson's motions to enter additional information, for injunctive relief, and for appointment of counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED